UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **GRETA R. FRANK,** | : | Intent to Distribute 5 Kilograms or More of |
| also known as Gretta Franc, | : | Cocaine) |
| also known as Greta F. Gabriel, | : | |
| also known as Greta Gambrell, | : | **FILED UNDER SEAL** |
| Defendant. | : | |

## CRIMINAL INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or before at least 2000, the exact date being unknown to the United States, and continuing thereafter up to and including July 2004, in the District of Columbia, the State of Maryland, the Commonwealth of Virginia, and elsewhere, the defendant, **GRETA R. FRANK, also known as Gretta Franc, also known as Greta F. Gabriel, also known as Greta Gambrell,** did knowingly and intentionally combine, conspire, confederate and agree with persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with the intent to distribute mixtures and substances containing a detectable amount of cocaine, a Schedule II

narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

        KENNETH L. WAINSTEIN
        United States Attorney in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        JULIUS ROTHSTEIN
        Assistant United States Attorney
        Bar No. 450036
        Organized Crime and Narcotics Trafficking
        555 4th Street, N.W., Room 4241
        Washington, D.C. 20530
        (202) 514-7068