UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | |
| GRETA R. FRANK, | : | UNDER SEAL |
| also known as Gretta Franc, | : | |
| also known as Greta F. Gabriel | : | |
| also known as Greta Gambrell | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**MOTIONS TO DELAY THE DOCKETING IN THE COURT'S
ELECTRONIC FILING SYSTEM AND TO SEAL
PROCEEDINGS, PLEADINGS, FILINGS,
RECORDS, AND FILES, AND TO DELAY ENTRY
ON THE PUBLIC DOCKET OF THE FILING OF THIS INFORMATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an order to delay the docketing of this motion on the Court's Electronic Filing System, and all future filings, records, files, and proceedings, and the sealing of this instant motion, and all subsequent pleadings, records, and files, and to delay entry on the public docket of the filing of this Motion to Seal, including the Court's Electronic Filing System. In support of its motion, the government states as follows:

1. The defendant in this case has agreed to enter a plea of guilty to a criminal indictment charging felony narcotics violations.

2. Based on conversations between this Office, the Metropolitan Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the United States Park Police, the government believes that there are compelling governmental interests which justify the sealing of the criminal indictment and all other pleadings, records and files in this case, as well as

the delay in the public docketing of any notice of the filing under seal of this motion and attached exhibit and any order of this Court granting the Government's Motion to Seal.

3. The defendant has been debriefed by federal and local law enforcement agents concerning the defendant's involvement in narcotic trafficking and related criminal activity in the District of Columbia. The defendant has agreed to provide cooperation to the government as an aid to the identification and prosecution of other violent narcotic traffickers and violators of other laws of the United States and the District of Columbia who are of interest to law enforcement. It is anticipated that this cooperation will continue until the date of sentencing in this case.

4. The aforementioned law enforcement agencies have informed this Office that the nature of this cooperation may involve covert techniques, including identifying other narcotic traffickers. In addition, the defendant may testify before a federal and local grand juries and in open judicial proceedings at the conclusion of the investigation.

5. Most importantly, the fact of the defendant's cooperation is not known to the general public or to his former criminal associates, and his current co-defendants.

6. Based on the nature of the on-going criminal and grand jury investigation, the government submits that public notice of the defendant's cooperation would likely compromise this on-going criminal and grand jury investigation by: (a) placing the personal safety of the cooperating defendant, undercover agents, other law enforcement officials and innocent parties at substantial risk; (b) alerting potential targets of the investigation, thereby causing the cooperating defendant to be reluctant to continue his covert operation; (c) causing prospective witnesses, including the cooperating defendant, to be deterred from testifying or to be less likely to provide candid testimony to the grand jury; and (d) causing potential witnesses and targets to destroy documents and other

evidence. Each of these factors is particularly important in this instance because the investigation also involves violent activity.

7. It is common practice for individuals associated with drug organizations and/or targets of investigations to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates. It is common knowledge to drug organizations operating in this city that the docketing of a motion to seal a plea agreement or the filing of sealed pleadings in a narcotics case signals the fact that the charged defendant has agreed to cooperate with law enforcement. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation and present a substantial risk to the personal safety of cooperating individuals, undercover agents, other law enforcement officials taking part in the covert investigation, and, in some cases, innocent bystanders. Furthermore, several of the defendants neighborhood associates have been attending his hearings in the United States Magistrate Court.

8. Accordingly, the government submits that, under Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the plea agreement and all other pleadings, records, proceedings, and files in this case from this date forward, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order, including in the Court's electronic filing system, until (a) the substantial risk to the personal safety of cooperating individuals; and (b) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case.

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        D.C. Bar # 451058
        United States Attorney

BY: _____
        JULIUS ROTHSTEIN
        ASSISTANT UNITED STATES ATTORNEY
        D.C. Bar No. 450046
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4241
        Washington, D.C. 20503
        (202) 514-7068

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion To Seal to be served by electronic mail, to counsel for the defendant:

William J. Garber, Esquire
717 D Street, NW
4th Floor
Washington, DC 20004

this 18th day of August, 2005.

_____
JULIUS ROTHSTEIN
ASSISTANT U.S. ATTORNEY