UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| v. | : | |
| | : | |
| **GRETA R. FRANK,** | : | **UNDER SEAL** |
| also known as Gretta Franc, | : | |
| also known as Greta F. Gabriel | : | |
| also known as Greta Gambrell | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER TO SEAL

Based on the representations in the government's motion to delay the entry of this instant motion on the Court's docket, as well as the Court's Electronic Filing System, and it's motion to seal and delay docketing of all future records, filings, proceedings, including this instant motion to seal, this Court makes the following:

### FINDINGS OF FACT

Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in ongoing criminal/grand jury investigations. The general public is not aware that the defendant has agreed to cooperate with the United States in this ongoing investigation.

The defendant's cooperation includes the possibility of covert activities and/or testimony, which due to the nature of the investigation pose a substantial risk to the personal safety of the defendant, third parties, undercover agents and other law enforcement officials.

The public docketing at this time of any notice that the government has filed a motion to seal the plea agreement and other pleadings, records, proceedings and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially

jeopardize an ongoing criminal investigation and place the personal safety of parties involved in the covert investigation, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the plea agreement, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this ____ day of _____, 2005,

**ORDERED** that this Order, and the attached government motion to seal the plea agreement and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further **ORDERED** that the plea agreement, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court, including the Court's electronic filing system.

It is further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court, including in the Court's Electronic Filing System.

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing order to allow the government to comply with noticing and

publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case.

```
                         _____
                                 Royce C. Lamberth
                United States District Judge for the District of Columbia
```

Copies to:

Mr. Thomas Heslep, Esquire
419 7th Street, NW, 3401
Washington, DC 20004

Julius Rothstein, Esquire
Assistant United States Attorney
555 4th Street, N.W., Room 4241
Washington, D.C. 20503

Nancy B. Jackson, Esquire
Assistant United States Attorney
555 4th Street, N.W., Room 4110
Washington, D.C. 20503