AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

for the _____ DISTRICT OF __Columbia__

FILED
AUG 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Greta R. Frank

Sealed
WAIVER OF INDICTMENT

CASE NUMBER: 05-309

I, __Greta R. Frank__, the above named defendant, who is accused of

Conspiracy to Distribute + Possess with intent to Distribute 5 kilos or more of Cocaine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8-23-05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Royce C. Lamberth__
Judicial Officer