UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>GRETA R. FRANK,   )<br>)<br>Defendant.   )<br>_____) | Crim. No. 05-309 (RCL)✓<br>Crim. No. 04-379 (9) (RCL)<br><br>**UNDER SEAL** |

**FILED**

MAY - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion to withdraw by counsel Thomas Heslep filed in Criminal Case No. 04-379 (9) and the entire record herein, it is hereby

ORDERED that the motion to withdraw by counsel Thomas Heslep is also deemed to be filed in Criminal Case No. 05-309; it is further

ORDERED that both motions are GRANTED; it is further

ORDERED that attorney G. Allen Dale is appointed as counsel for defendant in both criminal case numbers.

SO ORDERED.

*[signature]*
Royce C. Lamberth
United States District Judge

Date: May 5, 2006.