UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  *

   V.  *  Criminal No. 05-309 (RCL)

      *  SEALED

GRETA FRANK,  *

   Defendant.

FILED

JUN 26 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This matter comes before the Court on unopposed oral motion of counsel for the defendant seeking to unseal the proceedings of August 23, 2006, for the limited purpose of allowing the Official Court Reporter to transcribe the proceedings and provide copies of the transcript to counsel for the defendant, G. Allen Dale, and, if requested, counsel for the United States.

Based upon the representations of counsel, the Court grants the request and hereby orders the Court Reporter to transcribe the proceedings of August 23, 2006 and provide the same to counsel for the parties.

So Ordered!

6/22/06    Royce C. Lamberth
       United States District Judge

