IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRETTA FRANK )<br>)<br>Defendants. )<br>) | Case No. 1:05-CR-309<br>(UNDER SEAL) |

**NOTICE OF DEFENDANT'S COUNSEL'S CHANGE OF ADDRESS**

TO THE CLERK: Please take notice that the address for counsel for the Defendant has been changed as follows (telephone and facsimile remain the same):

Law Offices of G. Allen Dale
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC 20004

Respectfully submitted,

_/s/ G. Allen Dale_
G. Allen Dale
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC 20004
Telephone: (202) 638-2900
Facsimile: (202) 783-1654

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2006, a copy of the foregoing notice was served via U.S. Mail, postage prepaid, upon the following:

Nancy Jackson
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

_____
G. Allen Dale