UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                          )<br>)<br>GRETA R. FRANK,                  )<br>)<br>Defendant.              )<br>) | Docket Number: CR-05-00309-01 (RCL)<br>Under Seal |

**FILED**

MAY - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JOINT MOTION REGARDING MANDATORY MINIMUM SENTENCE

COME NOW the parties, the United States of America, by and through its authorized representative, the United States Attorney for the District of Columbia, and Greta R. Frank, the defendant herein, by and through her counsel, G. Allen Dale, and respectfully notify the Court that it is the position of the parties that a mandatory minimum sentence of five (5) years, pursuant to 21 U.S.C. §841 (a)(1) and (b) (1) (B) (ii) (II) is appropriate and not the mandatory ten (10) year term of confinement referenced in the Presentence Report and addressed during the plea colloquy on August 22, 2005.[1]

The parties further advise the Court as follows:

Counsel for Ms. Frank, G. Allen Dale, was appointed to represent Ms. Frank after she had entered her plea of guilty. Ms. Frank and counsel for the government, Assistant United States Attorney Nancy Jackson, have reviewed the draft of plea agreements, the colloquy between the Court and Ms. Frank at the time of the plea of guilty and other materials associated with this case. Review of those materials indicates that it was the

---

[1] See TR page 8, attached as Exhibit I.

intent of the parties that Ms. Frank be held accountable for only one kilogram of cocaine, and not five (5) kilograms (*See*, e.g., TR pages 6 and 8). It is further the intent of the parties that she be subject to a mandatory minimum of five (5) years imprisonment not ten (10) years. In fact a draft plea agreement indicated that this was indeed the plea agreement reached between the parties.

The parties see no need to assess blame for this error. The parties believe that the error should, nonetheless, be corrected, and that when Ms. Frank appears for sentencing, on May 21, 2007, that she be subject to a five (5) year mandatory minimum term of imprisonment. Wherefore the parties move this Court to sign the attached Order amending the Presentence Report and the entire record herein, to reflect that Ms. Frank be subjected to a mandatory minimum term of imprisonment of five (5) years.

Respectfully submitted,

_____
Nancy Jackson
Assistant United States Attorney
for the District of Columbia
555 4th Street
Washington, DC 20530

_____
G. Allen Dale
Law Office of G. Allen Dale
601 Pennsylvania Avenue, NW.
North Building, 9th Floor
Washington, DC 20004
Phone: (202) 638-2900
Fax: (202) 783-1654