UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number: CR-05-00309-01 (RCL) |
| v. | **UNDER SEAL** |
| GRETA R. FRANK, | |
| Defendant. | |

FILED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DEFENDANT'S SENTENCING MEMORANDUM

Comes now the defendant, Greta R. Frank, by and through counsel, and respectfully submits the following sentencing memorandum:

### I. Pre-Sentence Report and Guideline Computations

Ms. Frank and counsel have reviewed the pre-sentence report prepared by Senior United States Probation Officer Deborah A. Stevens-Panzer. All issues, save one,[1] especially those relevant to sentencing, have been resolved to the satisfaction of Ms. Frank.

Ms. Stevens-Panzer computes the guideline range to be 57 - 71 months, based upon a total offense level of 23 and a criminal history category of III.

### II. Sentencing Discussion

Much could be discussed about Ms. Frank's background, her limited role in this offense, her efforts at cooperation and her physical and emotional health. For many reasons, however, we do not intend to present this Court with a lengthy memorandum. First, many of the things we

---

[1] The Pre-Sentence Report still indicates that the charge to which Ms. Frank entered her plea of guilty carries a ten year mandatory minimum sentence. The parties have filed a joint motion advising the Court that it is their intent that a five year mandatory minimum sentence should be utilized.

1

believe important to this sentencing are included in the pre-sentence report; and more importantly, the government and the defense both believe that the appropriate sentence by this court should be the mandatory minimum sentence of sixty months imprisonment. Ms. Frank's guideline range is one that would have allowed an even lower sentence than the mandatory sixty months of imprisonment, and we respectfully suggest this may be one of those cases where the least said is the best said.

We do urge the Court to sentence Ms. Frank to a term of imprisonment of sixty months. If we could argue for less we would. In support of this request we note such a sentence would be in the advisory guideline range. We note that Ms. Frank entered an early plea of guilty and has expressed her deep and sincere remorse. We note that, even though the conspiracy in this case was broad, Ms. Frank's involvement was extremely limited and involved only one act by her, picking up a package from a hotel room for an individual who feared going into the room himself. We also note that Ms. Frank has been incarcerated for almost three years and during that incarceration has not had the benefit of being in a federal facility where she not only would have received good time credits, but where she would have had much more freedom than she has had locked within the four walls of the Central Treatment Facility.

The final piece of information we believe relevant to sentencing, and one that is not addressed in the pre-sentence report, concerns Ms. Frank's character, as demonstrated by her actions while incarcerated. We have attached, as Exhibit 1, letters from numerous employees and volunteers at the Central Treatment Facility, including the Mental Health Clinician, the Food Service Director, and two of the Case Managers who have supervised her. The letters speak for themselves and we will not attempt to paraphrase them. In summary they speak of a person who has devoted herself to God, who has worked hard, followed direction easily, had no disciplinary

2

notices, followed her doctors orders for her mental health counseling and has maintained a positive attitude, proving herself to be reliable, dependable and efficient.

For all the reasons stated above, while we wish we could recommend that the Court release Ms. Frank, given the agreed upon mandatory minimum sentence which must be imposed,[2] we urge the court to sentence Ms. Frank to a term of imprisonment of sixty months, giving her credit for all time she has served.

Respectfully submitted,

G. ALLEN DALE - Bar No. 954537
601 Pennsylvania Avenue, N.W.
Suite 900 - North Building
Washington, D.C. 20004
(202) 638-2900
Facsimile: (202) 783-1654

---

[2] As of the writing of this Sentencing Memorandum, the Court has yet to rule on a joint motion filed by the parties seeking to amend the record to reflect a five year versus a ten year mandatory minimum. This memorandum is drafted under the hope that the Court will grant the joint motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing by first class mail, postage pre-paid, on this 10th day of May, 2007, upon:

AUSA Nancy B. Jackson
555 4th Street, N.W.,
Washington, D.C. 20530

Deborah A. Stevens-Panzer
U.S. Probation Office
3rd & Constitution Avenue, N.W.
Washington, D.C. 20001

G. ALLEN DALE