# EXHIBIT 1

Docket No. CR-05-00309-01(RCL)

FILED

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thursday, March 22, 2007

Honorable Judge Lambert
U.S. District Court
Washington, DC 20001

Re:   Ms. Greta Frank (302 180)
      Corrections Corporation of America
      Correctional Treatment Facility E4B C/06
      1901 E Street, S.E.
      Washington, D.C. 20003-2528

Dear Judge Lambert,

    I am taking out the time to write this letter in behalf of Ms. Greta Frank. We met in the CCA/CTF facility almost two years ago at the bible study class we conduct that is held weekly for all persons interested in God's Word.

She has been an avid attendee and willing participant . . . also encouraging many others to attend with her in an effort to correct their ways.
I recognize that bad judgments are human . . . and having come to know this person . . . wholeheartedly recommend her as an outstanding citizen. I therefore, beg the court to be kind and allow her to become a valuable part of the community again.

                                            Yours truly,

                                          Paulrick Dorsey

March 17, 2007

Honorable Judge Lambert
U.S. District Court
Washington, DC 20001

Re:    Ms. Greta Frank

Hon. Judge Lambert,

    I have known Greta for a few months. As a volunteer at the facility I have seen some sorted characters to say the least but certainly it has been refreshing to meet someone like her who reaffirms my belief in people. I have found her to be very pleasant person with good integrity and true family values. Certainly a miscarriage of justice must have taken place to have someone so well reported on to be in a situation like this. Hoping justice can be served and she be reunited with her family.

                                        Respectfully,

                                        Joyce C. Thompson

19 March , 2007

The Honorable Judge Lambert
U.S. District Court of Washington, DC
Washington, DC 20001

Re:   Ms. Greta Frank

Judge Lambert,

    We have only known Ms. Greta Frank for a short while . . . a little less than a year while we are volunteers at the facility. We have found her to be an outstanding person and truly were shocked to find her incarcerated at the DC Jail. She is certainly well reported on by all the employees and inmates at the institution. We find it truly appalling that she has been there so long considering the circumstances.

Please allow her to come home to her family as soon as possible so that 'true justice' can be served.

                                    Sincerely yours,

                                    Roy L. Jones
                                    Joanne Jones

MARCH 8, 2007

RE: GRETA FRANK
DCDC: 302180
DOB: 8/21/59

To Whom It May Concern:

This is to inform you that Greta Frank has been participating in mental health treatment services since January 21, 2005 for Major Depressive Disorder while at CCA/CTF. Ms. Frank receives monthly mental health counseling and medication management. She continues to take her medications as prescribed and follow doctor's orders as specified. Ms. Frank has demonstrated her ability to be responsible in following her treatment objectives and she has displayed motivation to make positive changes where necessary. Please contact me at the number/address below if you have further questions.

Respectfully,
April Jaundoo-White, LPC
Mental Health Clinician
Unity Healthcare/DOC/CCA
1901 E. Street, SE
WDC 20002
(202) 698-3000



**Correctional Treatment Facility**

TO THE HONORABLE JUDGE ROYCE LAMBERTH
January 18, 2007

FROM CASE MANAGEMENT SERVICES

MINNIE L GRIFFIN

    JUST A NOTE CONCERNING INMATE/RESIDENT GRETA FRANKS DC#302.180.I HAVE KNOWN THIS PERSON FOR MORE THAN A YEAR. YES I MENT HER AT CTF IN WASHINGTON DC MS FRANKS HAS BEEN A MODEL INMATE SHE IS ALWAYS DOING POSITIVE WORKS FOR THIS FACILITY.MS FRANKS ATTENDS CHURCH ON EVERY SUNDAY AND ALWAYS HAVING BIBLE STUDY WITH OTHER FEMALES TRY TO ASSURE THEM THAT THERE IS A GOD.MS FRANKS IS A VERY RESPECTFUL INDIVIDUAL I PERSONALLY BELIEVE THAT IF MS FRANKS IS GIVEN A CHANCE TO RETURN TO HER FAMILY AND SOCIETY SHE WOULD PROVE TO BE VERY SUCCESSFUL IN THE COMMUNITY AND A GREAT WIFE AND MOTHER.IF ITS ANY THING I WOULD ASK IS THAT YOUR HONOR WOULD GIVE HER A CHANCE,ESPECIALLY SENCE THIS IS HER FIRST TIME BEING IN TROUBLE,I CANT THINK OF ANY PERSON WHO DESERVES IT MORE.

*Thanks*
*Minnie Gaughlin*
*Case Management Services*

November 20, 2006

Honorable Judge Royce Lamberth
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001



**CORRECTIONS CORPORATION OF AMERICA**
1901 E Street, SE
Washington, DC 20003

REF: Greta Frank

Dear Judge Lamberth

I am writing this in reference to the above Inmate at the CCA/Correctional Treatment Facility whom case you now reside over. Mrs. Frank has many qualities that would better serve society. She is a very respectful, professional, and responsible individual. Mrs. Frank works in the Law Library assisting staff and inmates with research and information as well as creates and duplicates legal documents and motions. Mrs. Frank also works in the Officers Dinning Room where she is Head Detail., her Job entails the complete operations of a restaurant; cooking, salad prep, serving and sanitation. It is unfortunate that she is being force to waste away these and many other skills in jail. She has parents in need of assistance in decisions. Through talks and spending time with Mrs. Frank, I know that she is a very spiritual enlightening individual who cares for and assist others freely. I do not find it feasible for Mrs. Frank to be sitting in jail wasting the tax payers money, I am sure she would be more than willing to make her appearance from home where she can care for her family. I am asking that you take the time to consider putting her on home arrest or allowing her an on bond while she is still going through court proceedings. A Halfway House would even be more applicable and allow for independency at this time. Please take all circumstances surrounding and affecting the family in your decision.

Thank you for your time and consideration.

Sincerely,

Mrs. Patricia Taylor-Parker



Aramark Correctional Services
CCA/CTF
1901 E St SE
Washington DC 20003
Fameda Shah, Food Service Director
Shah-fameda@aramark.com
202.547.7822 (office)
202.547.1869 (fax)

March 12, 2007

RE:
Inmate: Greta Frank
DCD #: 302180
Start Date: April 2005
End Date: January 2007

Inmate Greta Frank has been working with ARAMARK for the past 2 years. She is assigned to work the Officers Dinning Room. Ms. Frank is responsible for setting up the buffet lunch line. Her duties include but are not limited to, sanitizing counters, setup and breakdown of salad bar, preparing unit officers trays, preparing inmate detail trays, serving on buffet line and sanitation cleanup at the end of the day. She has been trained operate a deep fryer and the short order grill. Ms. Frank has maintained a positive attitude and has proven to be reliable, dependable and efficient. She possesses good work ethics and there is always positive feed back on her performance.

For further information please feel free to contact us.

*Fameda S. Shah*

Fameda S. Shah
Food Service Director

March 9, 2007

Attn: United States District Court
333 Constitutional Ave. N.W.
Washington, D.C. 20001

Dear Honorable Judge Royce Lamberth,

Sir, I pray that this letter finds you in the best of health spiritually as well as physically.

My name is Aneesa Abdus Salaam; I am the Case Manager for Ms. Greta Frank at Corrections Corporation of America/ Correctional Treatment Facility where Ms Frank is housed. I met Ms. Frank in year 2004 when she was housed on my unit/case load in general population. My first encounter with her was very emotional. She confessed to me

Ms. Frank is a role model inmate that every Case Manager would love to have on there case load; she took on a leadership role on her housing unit, while completing most of the educational/ programs' we have to offer. She now works with the Chaplin, she also volunteers for the school as a tutor for other inmates who cannot read or write, She's always willing to help on the unit with different issues that may come up, Her personality is warn towards inmate that come to her for comfort. She is very trustworthy, patient, reliable and dependable, if I need something to be done in my absent, I always go to Ms Frank, because I know it will get done.

During this period of incarceration she has not received any disciplinary reports. Her institutional behavior has been excellent...

Your Honor, I strongly feel that if you show mercy when deciding her future, you would not regret your decision; I feel she will be the best Law Abiding Citizen as well as a great Mother and Daughter.

Ms Frank has express to me her willingness to work with the youth, and share her experience here at CTF praying it will help them have a positive attitude toward life. Ms. Frank has been very patient while taking on many challenges while incarcerated.

Judge Lamberth please allow Ms. Frank the opportunity to return back to her well balance life with her family. On Ms. Frank's behalf I am asking for your Mercy.

Thank you for taking the time to read this letter.

Aneesa A. Salaam
*Aneesa A. Salaam*



CORRECTIONS CORPORATION OF AMERICA
1901 E Street, SE
Washington, DC 20003

ATTN: UNITED STATES DISTRICT COURT
333 CONSTITUTIONAL AVENUE,N.W.
WASHINGTON D.C. 20001
THURSDAY March 8, 2007


HONORABLE JUDGE ROYCE LAMBERTH

RE: MS GRETA FRANK:

Sir: This letter is written with the most respect a person can have for another human being. Although Ms. Greta Frank is currently incarcerated that has not stopped her from forming meaningful and respectful relationships. She has proven herself to be reliable time and time again. Not only in her work ethics but on a human level. By constantly reaching out to other residents as well as staff. She is not helping the world by being here. She has a lot to give anyone that needs to experience a real hard worker in action. I really believe that she can do more out in the world than in this facility. Her family needs her and she has matured. Also has stated that she is more than willing to do what is right to receive leniency from the courts. So if you can find it in your mind to help her. I feel you won't regret it. I pray my words find its mark. For this woman's life and future. As much as I would miss her help doing various projects in the facility. It would be selfish to want to keep her from freedom. I am sending this in hopes that you understand she is held in the highest regards and we will miss her, but are willing to let her go.

                                                Thanking you in advance

                                      -------------------------------
                                      Mrs. Sharon Holmes

March 9, 2007

Honorable Judge Royce Lambreth
District Court of Columbia
Washington, D. C.

Dear Honorable Judge Lambreth:

This letter is being written on behalf of Ms. Greta Frank who is my niece.

I have known Greta all of her life, and when she was arrested approximately two years ago, it made me very sad. Not only was I saddened by this development, but I was totally surprised because the circumstances surrounding her arrest were so out of character for the person that I knew and loved for so long.

Without delving into the allegations against her, I would like to say that I think the time she has been incarcerated has been punishment enough. I know she has suffered immeasurably. There is no question that she has learned a great deal from this experience which will benefit her greatly for the rest of her life.

Because Greta is a person of good character, I sincerely believe that if you release her from jail, she will not appear in any court ever again on charges of violating the laws of the land.

Your Honor, I respectfully request that you release her from jail so that she can resume a normal life with dignity and happiness.

Thanks for your consideration of this request.

Sincerely,

Dr. James Frank

MAR 1 5 2007

This message has been scanned for known viruses.

**Subject:** Greta Frank
**Date:** Tue, 13 Mar 2007 12:13 AM

3/12/07

To Whom It May Concern:

　I am sending this on behalf of my good friend, Greta Frank. I have known Greta for many years and I know her to be a very warm and giving person. She has a strong faith in God, with his assistance we all hope that she will be released soon.

　She has found herself in one awful predicament, but as her friend, I personally know that she has learned from her mistake. She will not be a detriment to society, to the contrary, she we will and can be a plus. With her compassion for people and her ability to articulate, Greta could counsel wayward teens. Please give her another chance; Greta will prove herself to be a viable and productive citizen.

Sincerely,
Maria Hill

*Maria Hill*

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

**February 12, 2007**

**To Whom It May Concern:**

I am writing in regards to my daughter Ms. Greta Frank who is presently incarcerated at the Women's Correctional Facility in N.E. Washington, DC. I trust that this letter which describes the honest character that she possesses in some way will help in the decision of her release. I am unaware of the facts surrounding this case except that my daughter says she is innocent and that she was setup. My daughter unfortunately was associating with people that she thought was trustworthy. Greta is a good person, a very hard worker and always worked hard on her own to be self-supporting and independent.

Our family is devastated by the events of this situation. The stress has been quite unbearable for me, her father and the entire family. I am suffering from a severe case of depression and her father has coronary heart disease. My daughter also has health problem. She is a diabetic and is a surviving cancer patient. We are quite worried that she is getting the proper care during this incarceration. I pray each and everyday for my daughter and for those who are caring for her that God will touch their hearts and minds. I also pray to the good Lord that she will be released one day soon to start her life over and that justice will be served.

She is truly loved by her family, she is missed tremendously and we hope and pray that she will be home very soon. When she calls me crying regarding the injustice that she is undergoing, I can hear such sadness in her voice. It hurts me so as her mother, knowing there is nothing I can do. This has been an experience that has impacted our entire family and one that has changed the life of a young woman that had a bright future and a successful career ahead of her before this devastating occurrence.

I reside in Pennsylvania and cannot financially afford to travel to Washington D.C., on a regular basis but with faith in God and much prayer I hope she will be released to return home to her family.

Thank you and may the Lord bless you with an open mind to receive this additional information in your favorable consideration of the events surrounding this case.

Respectfully Submitted,


Ms. Martha B. Frank ( Mother)

February 20, 2007

**To Whom It May Concern:**

I am writing this letter on behalf of my niece Ms. Greta Frank who has been incarcerated without bail for over 2 years almost 3 years.

I would first of all like to take this opportunity to say that Ms. Frank is a very well respected individual within the community, church, on her job, with friends, colleagues and family. I have known Ms. Frank all her life and she has always been a very sweet spirited, kind, caring, compassionate and humble individual. She will go out her way to help anyone at anytime. In this unfortunate situation, her kindness and willingness always trying to help and assist has been taken for granted and has unfortunately gotten her into an unwarranted situation.

As a member of our family, she was reared with a strong set of values, morals and a sense of respect and integrity. She was raised in the church all her life with basic principles of love, trust, honesty, loyalty and understanding. As a young child the respect to do unto other as you will have them do unto you was taught during her early years of growing up in a very well structured, Christian family environment.

Our family is most saddened to see her in this most unfortunate situation and our prayers, support and our faith and belief in God helps us to know that justice will be served.

I know my niece Greta as an honest individual that would never knowingly do anything to jeopardize her life or the life of her family and kinship. As you come to a decision regarding the judgment of guilty or innocent made regarding the life of this young woman, daughter, mother, sister, wife and woman of God, it will affect her life for the rest of her life.

I trust this additional information demonstrates and provides additional information regarding the quality of this young woman's character for your favorable consideration of this case.


Sincere Regards,



Mrs. Rosetta Screven

February 12, 2006

The Honorable Royce Lambreth
District Court for the
District Court of Columbia
3rd St & Constitution Ave, NW
Washington, DC

Dear Judge Royce C. Lambreth,

I am Willie Frank the father of Greta Frank who is currently housed at CCA, CTF, and has been there for one year and seven months. She is being charged with one count of drug conspiracy, case number 0437911 (RCL). She is currently being represented by Thomas T. Heslep attorney at Law. Greta is the oldest of my five daughters. All of whom were raised and educated in the Metropolitan Area. All of whom have college educations.

I am a retired U.S. Air Force Master Sargent with 22 ½ years of Military Service who has resided in Maryland for the last 35 years. Since military retirement I have always been gainfully employed. For thirteen years I owned my own cleaning service, in addition held a prominent position at a Job Corps Center. All the while raising my girls to do the right thing, and to make the right decisions. One of my daughters followed my example to pursue a military career and is currently a major in the U.S. Army.

Regardless of my wife and my own desire for the children to live according to the rules, my daughter Greta has made an honest mistake. She trusted someone (whose motives she did not understand) because he had befriended she and her husband in the past. While she was wrong, she is still entitled to fair play, and at this time I didn't feel that she is being treated fairly.

Even though she signed to the plea agreement at her lawyer's persuasion she expected that some of the conditions would be clarified for her, and that she would have the benefit of his counsel before going to court to confirm the agreement. She was rushed into court prior to such clarification and has had little or no contact with Mr Thomas Heslep since.

Since then Mr Heslep, Greta, and I had several meetings at the jail prior to her plea, and acquire new legal representation, in addition to a new attorney. Please know that Greta has had much time to reflect on her decisions in the past and we are asking for leniency in her sentencing.

Sincerely,

Willie Franklin