UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 05-CR-309 (RCL) |
| | : | |
| GRETA FRANK, | : | |
| Defendant. | : | FILED UNDER SEAL |
| | : | |

## GOVERNMENT'S NOTICE OF DEFENDANT'S FAILURE TO EARN A MOTION FOR DEPARTURE FROM THE GOVERNMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises this Court that the defendant has failed to provide substantial assistance to the government and, therefore, should be sentenced pursuant to Section 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. Section 3553(e).

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

Nancy B. Jackson
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4110
Washington, D.C. 20503
(202) 307-0029

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been telefaxed to counsel for the defendant, G. Allen Dale, 202/783-1654, this 13th day of June, 2007.

Nancy B. Jackson
Assistant United States Attorney