## LAW OFFICES OF
# G. Allen Dale
### A PROFESSIONAL CORPORATION

G. Allen Dale
Direct Dial Number
(202) 783-1629

601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, D.C. 20004

By fax: 202-273-0242

March 7, 2007

Deborah A. Stevens-Panzer
U. S. Probation Officer
U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

**FILED**

**JUN 1 3 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Greta Frank

CR 05-309-RCL

Dear Ms. Stevens-Panzer:

    Ms. Frank and I have reviewed the presentence investigation and guideline computations that you prepared for the Honorable Royce C. Lamberth. As you can see from the attached receipt and acknowledgement, we have not found any material factual inaccuracies. There are several items we wish to address, however.

    First, you list several aliases. Aside from "Greta Gambrell," which is Ms. Frank's married name, and not an alias, she has no idea where the other names come from and objects to their inclusion in the report.

    On pages 4, 5 and 6 in paragraphs 3 through 12, you outline the offense conduct and overt acts. Paragraphs 3, 4, 5, 6, 7, 9 and 10 have no mention of Ms. Frank, and she knows nothing of the statements contained in those paragraphs. While the contents of these paragraphs may be true, they do not relate to Ms. Frank, but rather to others involved in the conspiracy. Paragraph 8 is correct in that it provides information as to how Ms. Frank knew Timothy Thomas, although Ms. Frank does not remember meeting Tyrone Thomas. She indicates she may know who this person is if shown a photo, but has no independent recollection of who he is. Paragraph 11 is the only paragraph relevant to her actions and which form the basis of her involvement in this case.

    On page 11 at paragraph 39 you indicate that Ms. Frank married Mr. James Gambrell but that the union did not produce children. This is correct. Your footnote to this statement makes reference to Ms. Frank's written statement wherein she mentions losing a child in a car accident, something you indicate she did not mention during the presentence investigation interview. One of us is mistaken. My limited notes from the

Tel: (202) 638-2900 • Fax: (202) 783-1654 • gallendale@aol.com • www.gallendale.com

interview do have mention of this child. The child was a 29 year old daughter of Mr. Gambrell from a previous relationship, named Lexis Gambrell. Admittedly, this is not important to the sentence to be imposed, but left without explanation leaves an awkward footnote in your report.

Finally, on page 12 at paragraph 44, you indicate that Ms. Frank reports graduating high school in 1997. That should be 1977, probably just a typo. However this paragraph concludes by stating that a previous presentence report shows she withdrew from high school without graduating. Ms. Frank insists she graduated high school from Potomac High School. We have no proof readily available.

Aside from these matters we found your report both accurate and fair. The only other matter worth mention is that I am of the belief that the United States may file a 5K1.1 motion with an agreed upon departure wherein the parties would ask the Court to depart to a 5 year sentence. I am awaiting word from AUSA Nancy Jackson as to whether her office is willing to do so. We discussed this concept some time ago. Given that the guidelines, which you accurately compute, are at 57-71 months, it would seem fair.

Thank you for the time and effort in putting this report together and thank you for the even handed manner in which you treat Ms. Frank.

Sincerely,

G. Allen Dale

GAD/yr

Enclosure

Cc: Nancy Jackson, Esq.
    Assistant United States Attorney

# LAW OFFICES OF G. ALLEN DALE

## FACSIMILE TRANSMITTAL SHEET
**FROM FAX (202) 783-1654**

| | |
|---|---|
| TO: DEBORAH A. STEVENS-PANZER | FROM: ALLEN DALE |
| COMPANY: | DATE: MARCH 7, 2007 |
| FAX NUMBER: 202-273-0242 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Greta Frank | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL (202) 638-2900**
NOTES/COMMENTS:

***PRIVILEGED AND CONFIDENTIAL:*** The contents of the pages corresponding to this facsimile cover sheet are intended only for the individual or entity designated above. You are hereby notified that any dissemination or use of reliance upon the information contained in and transmitted with this facsimile cover sheet by or to any one other than the recipient designated above by the sender is unauthorized.

WASHINGTON, D.C. 20004
gallendale@aol.com