UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | UNSEALED |
| ) | |
| v. ) | Docket Number: CR-05-00309-01 (RCL) |
| ) | Under Seal |
| GRETA R. FRANK, ) | FILED |
| ) | JUN 1 3 2007 |
| Defendant. ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

ORDER

This matter comes before the Court on joint motion of the parties advising that the intent of the parties was that the Defendant, Greta Frank, be subject to a mandatory minimum term of imprisonment of five (5) years and not ten (10) years as is reflected at various parts of the record in this case. After careful review of the pleadings and the entire record herein, it is by this Court this 13th day of June, 2007

ORDERED, the entire record be and it hereby is amended to reflect that Ms. Frank be and she hereby is subject to a mandatory minimum term of imprisonment of five (5) years, pursuant to 21 U.S.C. §846 and §841 (a) (1) and (b) (1) (B) (ii) (II).

_____
Judge Royce C. Lamberth
Judge, United States District Court
for the District of Columbia


Copies to: Nancy Jackson
           G. Allen Dale

UNSEALED