Copies to: Judge
AUSA - Special Proceedings
Dft

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF _Columbia_

_Washington, DC_ DIVISION

Motion under Title 18 U.S.C. §3582 (c) (2) and U.S. Sentencing Guidelines §1b1.10(c) for Reduction of Sentence Based on 2007 Guideline Amendment Nine Which Became Effective on November 1, 2007, and Caused a Two-Level Reduction In Base Offense Level for Cocaine Base

_Let this be filed._
_Royce C. Lamberth_
_U.S.D.J. 8/14/08_

Greta Frank
                  , 
Petitioner,

Vs.                                                        Criminal Case No. _05-309 RCL_

United States of America.

**FILED**
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW, the Petitioner, _Greta Frank_, acting on her own behalf and REQUESTS this Honorable Court to use its discretion and GRANT her the relief provided in the 2007 Guideline Amendment Nine. Amendment Nine modified the drug quantity thresholds in the Drug Quantity Table so as to assign, for crack cocaine (cocaine base) offenses, base offense levels corresponding to guideline ranges that include the statutory minimum penalties.

Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63 months at Criminal History Category of I, which includes the five-year (60 month) statutory minimum for such offenses), and 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121 months at Criminal History Category I, which includes the ten-year (120 month) statutory minimum for such offense. The base offense levels for 5 grams and 50 grams of cocaine base were levels 26 and 32, respectively, before Amendment Nine. Cocaine base offenses for quantities above and below the mandatory minimum threshold quantities similarly are adjusted downward by two levels.

Based on the following information, Petitioner qualifies for the two level reduction in her sentence and REQUESTS that relief be granted:

**RECEIVED**
AUG 1 4 2008
Clerk, U.S. District and
Bankruptcy Courts

1. Date of conviction (whether by guilty plea or trial) __UNSURE__

2. Date of sentencing (the last time you were sentenced, if you were re-sentenced)
   ____June 13, 2007____

3. Did cocaine base alone cause your Base Offense Level (BOL) to be greater than level 12? If no, Amendment Nine does not apply to you. If "Yes" or "Don't know", proceed with this motion.      Don't Know

4. List the level that your sentence was based and the count related to the level.
   Level ___23___ for count(s) ___1___
   Level _____ for count(s) _____
   Level _____ for count(s) _____
   (If you received more than one sentence and the sentences are different use additional lines)

5. What was your Criminal History Category? (Circle One)
   I    (II)    III    IV    V    VI

6. What was your sentencing rage and sentence before Amendment Nine?
   Sentencing range __51-63 months__. I received a sentence of __60 months__ for count ___1___. If applicable, write in any other sentences you received for cocaine base that is different from the sentence you listed.

7. What is your offense level and sentencing range after a two-level reduction base on Amendment Nine?
   Level ___21___ Sentencing range __41-51 months__ Count(s) ___1___
   If more than one sentence that is different from the one above (drug sentences only).
   Level _____ Sentencing range _____ Count(s) _____
   Level _____ Sentencing range _____ Count(s) _____

8. Petitioner's projected release date at this time is __January 08, 2009__
   Petitioner respectfully requests to be sentenced at the bottom of her new sentencing range.

   Respectfully submitted this __22nd__ day of __March__, 200_8_.

   Signature of Petitioner _____
   Typed Name of Petitioner __Greta Frank__
   Register Number __27701-016__
   _Federal Prison Camp Alderson_
   Address of Petitioner __P.O. Box A    A/4__
   __Alderson__
   __West Virginia, 24910__